IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TINA COCKRELL                                                                                          PLAINTIFF

V.                                                                                          Cause No.:1:09-CV-00132

WEYERHAEUSER CO.                                                                            DEFENDANT

ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Defendant's Motion for Summary Judgment [30] is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 16th day of September, 2010.

                                                    /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**